# United States Court of Appeals
## For the First Circuit

---

No. 11-2281

STACEY HIGHTOWER,

Plaintiff, Appellant,

v.

CITY OF BOSTON; EDWARD DAVIS, Boston Police Commissioner;
COMMONWEALTH OF MASSACHUSETTS,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Denise J. Casper, U.S. District Judge]

---

Before

Lynch, Chief Judge,
Lipez and Thompson, Circuit Judges.

---

Alan Gura, with whom Gura & Possessky, PLLC, and Chester Darling were on brief, for appellant.
Lisa Skehill Maki, Assistant Corporation Counsel, with whom William F. Sinnott, Corporation Counsel, was on brief, for appellees City of Boston and Edward Davis.
Kenneth W. Salinger, Assistant Attorney General, with whom Martha Coakley, Attorney General of Massachusetts, was on brief, for appellee Commonwealth of Massachusetts.
Charles M. Dyke and Trucker Huss APC on brief for Legal Community Against Violence, amicus curiae.